SMALL v. CHEBOYGAN CIRCUIT JUDGE.

MANDAMUS—PROPRIETY—ORDERS REVIEWABLE—OTHER REMEDY—
ERROR.

An order of the circuit court denying a dilatory appeal from
an order of the probate court allowing the final account of an
executor is a final order, reviewable upon error, and is there-
fore not the proper subject of mandamus proceedings.

Mandamus by Etta M. Small to compel Frank Shep-
herd, circuit judge of Cheboygan county, to vacate an
order denying an appeal. Submitted October 15, 1907.
(Calendar No. 22,501.) Writ denied October 19, 1907.

*Bush & Bush*, for relator.

*Frost & Sprague*, for respondent.

PER CURIAM. Mandamus is asked to compel the re-
spondent to vacate an order denying a dilatory appeal
from an order of the probate court allowing the final ac-
count of an executor.

The order of the circuit judge was a final order review-
able upon error and therefore not the proper subject of
mandamus proceedings under a rule which we have stated
many times. That it is applicable to this case is shown
by the cases of *Capwell* v. *Baxter*, 58 Mich. 571, and
*Pickell* v. *Coates*, 147 Mich. 53, both of which were here
upon writs of error, a preliminary order for mandamus
having been previously denied in the latter case. In *City
of Flint* v. *Genesee Circuit Judge*, 146 Mich. 439, the
subject is discussed, the foregoing and other authorities
cited and followed.

The writ is denied.